UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARP, CALYSTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>POWERS, TERESA, et al.,<br><br>Defendants. | No. 2:17-cv-0255 KJM DB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

On May 3, 2017, the undersigned issued an order dismissing plaintiff's complaint and granting plaintiff twenty-eight days to file an amended complaint. (ECF No. 3.) On June 14, 2017, plaintiff filed a request for an extension of time to file an amended complaint. (ECF No. 4.) On June 21, 2017, the undersigned issued an order granting plaintiff another twenty-eight days to file an amended complaint. (ECF No. 6.)

On August 8, 2017, and September 5, 2017, plaintiff filed documents styled as a response to an order to show cause. (ECF Nos. 7 & 8.) Those documents listed numerous cases filed by plaintiff. However, no order to show cause issued in this action. The twenty-eight day period granted June 21, 2017, has long since expired, and plaintiff has not filed an amended complaint.

////

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 29, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\sharp0255.fta.f&rs